UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL DELACRUZ, *on behalf of himself and all others similarly situated*,

Plaintiff,

-v-

BANGKIT (U.S.A.), INC.,

Defendant.

---

26-CV-8888 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

SO ORDERED.

Dated: October 13, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge